UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2009 JUN 19 P 2: 27

U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

UNITED STATES OF AMERICA )
)
v. ) NO. 3:07-CR-51
) Judge Thomas A. Varlan
AARON BROOKS and )
LASHONDA HALL )

## VERDICT FORM

We, the members of the jury, find unanimously and from all the evidence as follows:

1. As to Count One of the indictment charging a violation of 21 U.S.C. §§ 846 and 841, that is conspiracy to distribute and possession with the intent to distribute cocaine hydrochloride, cocaine base (crack), marijuana, and Ecstacy, we find the defendant, AARON BROOKS,

   _____ NOT GUILTY

   ✓ GUILTY

2. As to Count One of the indictment charging a violation of 21 U.S.C. §§ 846 and 841, that is conspiracy to distribute and possession with the intent to distribute cocaine hydrochloride, cocaine base (crack), marijuana, and Ecstacy, we find the defendant, LASHONDA HALL,

   _____ NOT GUILTY

   ✓ GUILTY

*[If you find either or both defendants guilty of Count One, please proceed to questions A, B, C, D; but if you find neither of the defendants guilty of Count One, please ignore questions A, B, C, D and proceed directly to question 3.]*

A. We, the members of the jury, find unanimously and beyond a reasonable doubt that the conspiracy charged in Count One involved:

(check only one of the following)

__✓__ 5 kilograms or more of cocaine hydrochloride

_____ 500 grams, but less than 5 kilograms of cocaine hydrochloride

_____ Less than 500 grams of cocaine hydrochloride

_____ no cocaine hydrochloride

[*Please proceed to question 2B.*]

B. We, the members of the jury, find unanimously and beyond a reasonable doubt that the conspiracy charged in Count One involved:

(check only one of the following)

__✓__ 50 grams or more of cocaine base (crack)

_____ 5 grams, but less than 50 grams of cocaine base (crack)

_____ Less than 5 grams of cocaine base (crack)

_____ no cocaine base (crack)

[*Please proceed to question 2C.*]

C. We, the members of the jury, find unanimously and beyond a reasonable doubt that the conspiracy charged in Count One:

__✓__ involved marijuana

_____ did not involve marijuana

[*Please proceed to question 2D.*]

D.  We, the members of the jury, find unanimously and beyond a reasonable doubt that the conspiracy charged in Count One:

__✓__ involved Ecstacy

_____ did not involve Ecstacy

3. As to Count Two of the indictment charging a violation of 18 U.S.C. § 924(c), that is, possession of a firearm in furtherance of the conspiracy in Count One, we find the defendant, LASHONDA HALL,

_____ NOT GUILTY

__✓__ GUILTY

4. As to Count Three charging a violation of 18 U.S.C. § 841, that is, possession with intent to distribute marijuana, we find the defendant, LASHONDA HALL,

_____ NOT GUILTY

__✓__ GUILTY

5. As to Count Four charging a violation of 18 U.S.C. § 924(c), that is, possession of a firearm in furtherance of the drug trafficking crime in Count Three, we find the defendant, LASHONDA HALL,

_____ NOT GUILTY

__✓__ GUILTY

6. As to Count Seven charging a violation of 18 U.S.C. § 924(c), that is, possession of a firearm in furtherance of the conspiracy in Count One, we find the defendant, AARON BROOKS,

_____ NOT GUILTY

__✓__ GUILTY

7.  As to Count Eight charging a violation of 21 U.S.C. § 841, that is, possession with intent to distribute five-hundred (500) grams or more of cocaine hydrochloride, we find the defendant, AARON BROOKS,

    _____ NOT GUILTY

    \_\_✓\_\_\_ GUILTY

    *[If you find defendant Brooks guilty of Count Eight, please proceed to question E, but if you find defendant Brooks not guilty of Count Eight, please ignore question E and proceed directly to question 8.]*

    E.  We, the members of the jury, find unanimously and beyond a reasonable doubt that the conspiracy charged in Count Eight involved:

        (check only one of the following)

        \_\_✓\_\_\_ 500 grams or more of cocaine hydrochloride

        _____ Less than 500 grams of cocaine hydrochloride

8.  As to Count Nine charging a violation of 18 U.S.C. § 924(c), that is, possession of a firearm in furtherance of the conspiracy in Count Eight, we find the defendant, AARON BROOKS,

    _____ NOT GUILTY

    \_\_✓\_\_\_ GUILTY

9.  As to Count Ten charging a violation of 18 U.S.C. § 922(g)(1), that is, being a felon in possession of a firearm, we find the defendant, AARON BROOKS,

    _____ NOT GUILTY

    \_\_✓\_\_\_ GUILTY

10. As to Count Fifteen charging a violation of 18 U.S.C. § 1956, that is, conspiracy to commit money laundering, we find the defendant, LASHONDA HALL,

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

_____
Signature of FOREPERSON

\_\_6-19-09_____
Date