UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LASHONDA HALL, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Nos.: 3:07-CR-51-TAV-CCS-6 |
| ) | 3:14-CV-498-TAV-CCS |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Respondent*. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED WITHOUT PREJUDICE**. Should Petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                              s/ Thomas A. Varlan
                                         CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ *Debra C. Poplin*
   CLERK OF COURT