FILED
AUG 17 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

3:07cr51

Judge Varlan,

I am individual LaShonda Hall @ Fci Tallahassee, Florida. I hope this letter finds you in the best of health, considering all that is going on out there in the world today. It has been on my heart for some time now to reach out to you to express my sincerest, deepest apologies for my past actions. I am writing to you in hopes for a second chance at life on the outside of these walls. I humbly ask that you as my Judge to have mercy and compassion to commute my sentence on the First Step Act 924(c) stacking. Although it was not made retro-activ Judges are honoring it anyway and I have seen people walk out of here immediate release. Tallahassee has become infected with the COVID-19 virus and the cases are on a rise daily. I was one of the names on the list for Home Confinement under the Cares Act. They called me to sign all the neccessary paper work and told me I would be going home cause I fit all the criteria despite my sentence. 2 weeks later a new memo cam down for 50% of time being served and

they pulled the plug on me. If I can get relief from the 924(c) stacking which was never intended for a first time offender such as myself I would qualify for Home Confinement under the Cares Act.

I am 12 years and so many months into my journey of incarceration. I have spent the entire time rehabilitating myself to become a better person so that I may become a tax paying productive citizen upon my re-entry of society. I have completed numerous classes that I can use to make my past mistakes my future stepping stones to succeed in life. Allow me the opportunity to be defined by my future accomplishments and not the mistakes of my past.

I have completed the Non-Residential Drug TMT, Drug Education, Drug Abuse Program. I have also obtained my Serv Safe and Food Handlers Certification. I have completed my Vocational Training in Electrical with Core Safety Training Certificate with my NCCER card that garantees me a job (Even with OSHA)

I have enclosed copies of my Program Team Packet and Certification from Culinary. I have

also included a few cases that were granted relief on the 924(c) stacking.
I am a first time non violent offender and I deserve a second chance to right my wrongs and give back/pay it forward to my community. I will not be a disappointment. I thank you for your time and attention to this humble plea.
I have the support of my family, The Can-Do Foundation who helps tremendously with trying to get me clemency. Also Cut 50. The African Mayors Association who wrote a letter on my behalf to the President for clemency. I have had 3 reporters do articles on me for clemency as well. And a petition on Change.org as you can view all this on The Can-Do Foundation about me and all that is being done on my behalf.

Thank you.
Sincerely,
LaShonda J. Hall #31779-074

TO: 31779074
SUBJECT: case law
DATE: 04/19/2020 02:06:10 PM

these are the most recent cases.that released people under the first step act because they had a stacked 924 c..
(all are united states v.)
winckler (no 13-318) W.D Pa april 3rd 2020
Lowry (No. 18 cr 882 S.D N.y april 6 2020
Smith (No.12 cr 133) (JFK) S.D N.Y april 13 2020
Coker (No. 3:14 cr -085 ) E.D Tenn april 15th 2020
Gentille (S.D N.y april 9th 2020
gentille(19 cr 590 (KPF) S.D N.y april 9th 2020
Decator (no. ccb -95- 0202) D md april 6 2020
Kataev (16 cr 763 -05 (LGS) S.D N.y april 14th 2020
have the lawyer look at these cases.



AS



| | **Individualized Reentry Plan - Program Review (Inmate Copy)** | SEQUENCE: 01568427 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 06-30-2020 |
| | Plan is for inmate: HALL, LASHONDA JAVON 31779-074 | |

| | | | |
|---|---|---|---|
| Facility: | TAL TALLAHASSEE FCI | Proj. Rel. Date: | 07-04-2044 |
| Name: | HALL, LASHONDA JAVON | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 31779-074 | DNA Status: | HAZ03647 / 08-25-2011 |
| Age: | 38 | | |
| Date of Birth: | 08-02-1981 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TAL | IND CC1 | CALL CENTER | 02-11-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TAL | ESL HAS | ENGLISH PROFICIENT | 08-30-2011 |
| TAL | GED EARNED | GED EARNED IN BOP | 08-07-2012 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| TAL F | C | MANAGING EMOTIONS | 01-06-2020 | 03-27-2020 |
| TAL F | C | RPP#6 COPING SKILLS | 01-06-2020 | 03-27-2020 |
| TAL F | C | LIFE IN BALANCE | 01-06-2020 | 03-27-2020 |
| TAL F | C | RPP #6 DEVELOPING INSIGHT | 01-06-2020 | 03-27-2020 |
| TAL F | C | ADJUSTING TO PRISON | 01-06-2020 | 03-27-2020 |
| TAL F | C | RPP#6 MANAGING STRESS | 01-06-2020 | 03-27-2020 |
| TAL F | C | RPP#6 SELF DISCOVERY | 01-06-2020 | 03-27-2020 |
| TAL F | C | RPP#6 THINKING FOR A CHANGE | 01-06-2020 | 03-27-2020 |
| TAL F | C | RPP#6 MANAGING ANGRY FEELINGS | 01-06-2020 | 03-27-2020 |
| TAL F | C | AIDS AWARE RPP#1 | 01-08-2020 | 01-08-2020 |
| ALI | C | STEP FCI | 04-04-2019 | 05-09-2019 |
| ALI | W | CULINARY ARTS 12-3:00 | 08-14-2017 | 02-02-2018 |
| ALI | C | VT ELECTRICAL | 08-29-2017 | 01-12-2018 |
| ALI | C | INTRODUCTION TO SKILLED TRADES | 07-05-2017 | 08-28-2017 |
| ALI | C | DRAWING FCI | 01-23-2017 | 03-13-2017 |
| ALI | C | JOB READINESS-FCI | 01-07-2017 | 02-11-2017 |
| ALI | C | 7 HABITS OF EFFECTIVE PEOPLE | 01-05-2017 | 02-09-2017 |
| ALI | C | RECREATION AIDE FCI | 09-29-2016 | 12-15-2016 |
| ALI | C | PLASTIC CANV | 09-29-2016 | 11-03-2016 |
| ALI | C | WOMEN IN 21ST CENTURY WRK PLAC | 08-03-2016 | 09-14-2016 |
| ALI | C | ACE CULINARY ARTS I-FCI | 08-11-2016 | 09-08-2016 |
| ALI | C | SCRAPBOOKING | 08-15-2016 | 09-04-2016 |
| ALI | C | REENTRY SISTA PROG-MON 12-4 EJ | 05-09-2016 | 06-07-2016 |
| ALI | C | ACCOUNTING | 03-29-2016 | 04-26-2016 |
| ALI | C | REAL ESTATE -FCI | 09-10-2015 | 10-15-2015 |
| ALI | C | REAL ESTATE 2 | 11-19-2015 | 12-22-2015 |
| ALI | C | SUICIDE PREV.WKSHP MON 8-11 EJ | 11-20-2015 | 11-23-2015 |
| ALI | C | COMPUTER APPLS.-FCI 8:00-9:30 | 07-06-2015 | 10-22-2015 |
| ALI | C | HEALTH AWARENESS CAMP | 04-13-2015 | 06-15-2015 |
| ALI | C | BODY STRETCH CLASS FCI | 04-16-2015 | 06-09-2015 |
| ALI | C | WELLNESS OVER 50 FCI | 04-06-2015 | 05-26-2015 |
| ALI | C | CIRCUIT I FCI | 09-08-2014 | 11-09-2014 |
| ALI | C | HANDSEWING | 08-04-2014 | 09-14-2014 |
| ALI | C | PAPERQUILL FCI | 04-27-2014 | 05-31-2014 |
| ALI | C | BEGINNING BEEDING CLASS FCI | 04-05-2014 | 05-31-2014 |
| ALI | C | BEGINNING LEATHER WORK | 01-18-2014 | 03-16-2014 |
| ALI | C | WEIGHT MGMT FCI | 01-10-2014 | 03-04-2014 |


**Individualized Reentry Plan - Program Review (Inmate Copy)**  SEQUENCE: 01568427
Dept. of Justice / Federal Bureau of Prisons   Team Date: 06-30-2020
Plan is for inmate: HALL, LASHONDA JAVON  31779-074

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALI | C | BEGINNERS CROCHET SCP | 01-11-2014 | 03-03-2014 |
| ALI | C | WELLNESS FCI | 09-17-2013 | 12-25-2013 |
| ALI | C | CARD MAKING CAMP | 11-23-2013 | 12-01-2013 |
| HAZ F | C | MONEY SMART ACE CLASS | 05-30-2013 | 07-25-2013 |
| HAZ F | P | ELECTRONICS APPRENTICE | 04-30-2013 | 07-24-2013 |
| HAZ F | C | PCTC- | 01-28-2013 | 07-19-2013 |
| HAZ F | C | BUSINESS PLAN DEVELPMENT PCTC | 05-13-2013 | 07-19-2013 |
| HAZ F | C | MENTORSHIP & BUSINESS PCTC | 05-13-2013 | 07-19-2013 |
| HAZ F | C | FUNDING YOUR VENTURE PCTC | 05-13-2013 | 07-19-2013 |
| HAZ F | C | CRITICAL THINKING PCTC | 05-13-2013 | 07-19-2013 |
| HAZ F | C | (PG) DRIVER EDUCATION 10 HRS | 05-21-2013 | 05-21-2013 |
| HAZ F | C | (A)INTERNET BASICS-CAI 20HRS | 04-24-2013 | 06-05-2013 |
| HAZ F | C | BUSINESS ANALYSIS PCTC | 01-28-2013 | 03-28-2013 |
| HAZ F | C | INTRO TO ENTREPRENEURSHIP PCTC | 01-28-2013 | 03-28-2013 |
| HAZ F | C | (PG) PCTC-BUSINESS LEADERSHIP | 04-19-2013 | 04-19-2013 |
| HAZ F | C | (PG) PCTC-PARENTING COMPONENT | 03-28-2013 | 03-28-2013 |
| HAZ F | C | (PG) PCTC-PERSONAL MONEY MNGT | 03-15-2013 | 03-15-2013 |
| HAZ F | C | (PG) PCTC-RESUME CONSTRUCTION | 03-08-2013 | 03-08-2013 |
| HAZ F | C | (PG) PCTC-RESUME &INTERVIEWING | 02-28-2013 | 02-28-2013 |
| HAZ F | C | (A)KEYBOARDING-CAI (30 HRS) | 09-14-2012 | 11-01-2012 |
| HAZ F | C | SFF GED CLASS 0900 - 1030 | 09-12-2011 | 08-07-2012 |
| HAZ F | C | (PG) AMERICAN HISTORY ACE | 06-04-2012 | 07-21-2012 |
| HAZ F | C | (PG) INTRO TO MIRACLE PLANET | 06-04-2012 | 07-21-2012 |
| HAZ F | C | BASIC GEOMETRY ACE 12 HOURS | 06-04-2012 | 08-04-2012 |
| HAZ F | C | 26 HR VICTIM IMPACT CLASS | 06-04-2012 | 07-21-2012 |
| HAZ F | C | BASIC ALGEBRA ACE 12 HOURS | 03-19-2012 | 05-01-2012 |
| HAZ F | C | (PG) SFF MATH REFRESHER ACE | 03-19-2012 | 05-01-2012 |
| HAZ F | C | PLASTIC LACING CLASS 8 HRS | 11-17-2011 | 12-29-2011 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-08-2013 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-29-2011 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 12-17-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 08-23-2011 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-13-2017 |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 03-23-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-30-2017 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 12-12-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-26-2013 |
| NR COMP | NRES DRUG TMT/COMPLETE | 08-15-2014 |

## FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED**   **Start:** 02-10-2014
**Inmate Decision:** **AGREED**  $100.00   **Frequency: MONTHLY**
**Payments past 6 months:**  $0.00   **Obligation Balance:** $0.00
**Financial Obligations**

 **Individualized Reentry Plan - Program Review  (Inmate Copy)**    SEQUENCE: 01568427
Dept. of Justice / Federal Bureau of Prisons                              Team Date: 06-30-2020
Plan is for inmate: HALL, LASHONDA JAVON  31779-074

| Most Recent Payment Plan | | | | | |
|---|---|---|---|---|---|
| No. | Type | Amount | Balance | Payable | Status |
| 1 | ASSMT | $500.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

\*\* *NO ADJUSTMENTS MADE IN LAST 6 MONTHS* \*\*

**Payment Details**
Trust Fund Deposits - Past 6 months:  $2,213.75            Payments commensurate ?   N
New Payment Plan:   Hall has completed her financial obligation through the Inmate Financial Responsibility Program.

### Progress since last review
Hall has made good progress since last program review. She has been consistent on her job detail (Call Center) with favorable work performance ratings. She has completed the following courses: Aids Aware, Managing Angry Feelings, Thinking For A Change, Self Discovery, Managing Stress, Adjusting To Prison, Developing Insight, Life In Balance, Coping Skills, & Managing Emotions. She has not incurred any incident reports.

### Next Program Review Goals
Last program review the following STGs were recommended:
Once complete with A&O, obtain a work assignment and earn favorable ratings. (goal met)
Enroll in ACE or VT class by next program review. (goal not met, no ACE or VT classes)
Enroll in Home Inspection VT or Business ED VT by next program review. (goal not met, no VT classes)
She also stated she wants to work in Unicor. (goal met)

By next program review, the following STGs are recommended:
\*Continue to maintain clear conduct.
\*Continue to work with favorable ratings.
\*Maintain and continue contact with appropriate and approved family members via mail, email, phone, and/or video visits to strengthen social bonds.

### Long Term Goals
Last program review the following LTGs were recommended:
Continue to maintain good personal hygiene and unit sanitation. This is an on-going goal. (goal met)
Unit team recommends Hall begin to save money towards release. She wants to save $600 by next program review. (goal met)

The following LTGs are recommended:
\*Participate in daily leisure activities of interest to include reading, hobbycraft, etc...This is an on-going goal.
\*Continue to maintain good personal hygiene and unit sanitation. This is an on-going goal.

### RRC/HC Placement
No.
Insufficient time to process RRC referral.

### Comments
\*\* No notes entered \*\*


**Individualized Reentry Plan - Program Review  (Inmate Copy)**   SEQUENCE: 01568427
Dept. of Justice / Federal Bureau of Prisons   Team Date: 06-30-2020
Plan is for inmate: HALL, LASHONDA JAVON   31779-074

Name: HALL, LASHONDA JAVON   DNA Status: HAZ03647 / 08-25-2011
Register No.: 31779-074
Age: 38
Date of Birth: 08-02-1981

_____
Inmate   (HALL, LASHONDA JAVON. Register No.: 31779-074)

_____
Date

_____   _____
Unit Manager / Chairperson   Case Manager

_____   _____
Date   Date



ServSafe
National Restaurant Association

# ServSafe® CERTIFICATION

## LASHONDA HALL

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

18574662
CERTIFICATE NUMBER

5456
EXAM FORM NUMBER

10/28/2019
DATE OF EXAMINATION

10/28/2024
DATE OF EXPIRATION

Local laws apply. Check with your local regulatory agency for recertification requirements.

ANSI
ACCREDITED PROGRAM
American National Standards Institute and the Conference for Food Protection ®

#0655

Sherman Brown
Executive Vice President, National Restaurant Association Solutions

In accordance with Maritime Labour Convention 2006, Resolution ADM N 068-2013 (Regulation 3.2, Standard A3.2).

©2017 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe® and the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.
This document cannot be reproduced or altered.

17110811 v.1711

Contact us with questions at 233 S. Wacker Drive, Suite 3600, Chicago, IL 60606-6383 or ServSafe@restaurant.org



# Certificate of Achievement



#0655
ASTM E2659
Certificate Issuer

This certificate is awarded to

**LASHONDA HALL**

Congratulations! You have completed

## ServSafe® Food Handler
Employee Food Safety Online Course and Exam

National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com

Certificate Number 4174739    Date 11/27/2019
Expiration Date 11/27/2022






## Instructions on How to View Your Score and Claim Your Certificate

Please note: you must download your certificate directly from ServSafe.com.

To access your score/certificate directly from the website, you will need to do the following:

- Provide a unique email address on your answer sheet. This is how we will let you know your score/certificate is available, and it provides the most reliable connection to your Exam Record.
- If you are creating a New Profile on ServSafe.com, you will need your Exam Session Number. Your Proctor will provide this number. Record it in the space below and take this sheet with you after your exam for future reference.
- When creating your New Profile, enter the same information you are entering on your Answer Sheet for this exam.

If you don't receive an email from us stating that your exam score and/or certificate is available within the next 10 business days, please go to ServSafe.com and select "Scores/Check My Scores" on the top right of the page. Enter your User ID and Password for the website or select "Create New Profile" if you do not already have a profile.

If you prefer to have a physical copy of your certificate sent in the mail, you may do so for an additional fee. To do this, you will follow the same process outlined above for claiming your certificate and then request that a copy be sent. Provide payment for the $10 fee and update your shipping address information, and you will receive your certificate within 7 to 10 business days.

Please be sure to write your Exam Session Number below in the space provided. The proctor will collect this sheet and it will be returned to you at the end of your exam along with your ID. Without this Exam Session Number, you will not be able to connect to your Exam Score and/or Certificate.

Good luck!

The ServSafe Team

EN.6.2019

### EXAM SESSION NUMBER
### (it should be at least 7 digits long)
### 2 7 7 7 3 0 2



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
P.O. Box 445
Aliceville, Alabama 35442

06/14/2018

MEMORANDUM FOR: Captain C. Nelson

FROM: Cook Foreman S. Little

SUBJECT: Inmate Hall, Lashonda (31779-074)

Good afternoon Captain Nelson, I'm requesting that inmate Lashonda Hall (31779-074) stay on PM work detail. Inmate Hall, is nearing her one year mark in food service. I'm requesting that this inmate remain on the PM work detail crew because she is the Head Cook. This inmate is very knowledgeable about her responsibilities and she also train other inmates on how to perform the duties and responsibilities of being a cook. Again, will you please acknowledge my request by allowing her to continue to work on PM Cook detail. This will be greatly appreciated.

Thanks in Advance, S.Little

FROM: Butler, Latasha
TO: 31779074
SUBJECT: article supporting your clemency
DATE: 04/02/2020 05:51:09 PM

Hi LaShonda,

A reporter is writing articles on several cases and here is the one he wrote up about you:

Supporters urge clemency for LaShonda Hall
By April Bamburg | Mar 4, 2020

When President Donald Trump granted clemency to several individuals on Feb. 18, he included three women who were in prison for non-violent offenses. There are still many more who deserve clemency, according to their supporters. That includes LaShonda Hall.

"She wants to let others who are going through what she went through know they have other options," said a letter of support from Alice Marie Johnson, a prison reform advocate and former federal inmate who served five years in prison with Hall. "LaShonda wants them to know that it is not worth the pain and grief that her family has endured because of mistakes like hers."

Hall, 45, is a first-time non-violent offender, convicted of conspiracy, money laundering, and aiding and abetting. She was sentenced to 45 years and 8 months in prison, and she is 11 years into her sentence.

She was denied clemency by the previous administration.

According to Johnson, Hall's story started with an abusive relationship and moved to a new man who told her he was involved in real estate. About a year into the relationship, she learned that her new beau was a drug dealer. One of his associates told her to pick up some money and a note for her boyfriend. She rewrote notes to make them more legible and on his request, deposited money into his account. "She realizes and admits that she was wrong for her participation," Johnson wrote.

Following her arrest, the prosecutor charged Hall with conspiracy and offered to drop the charges if she testified against her boyfriend, and she refused.. The next day, the prosecution added more charges. After her conviction, she was sentenced to 45 years, on a first offense.

In advocating for Hall to receive clemency, Johnson, who was granted clemency by Trump in 2018, wrote that Hall has taken responsibility for her part in what happened, earned her GED, and has taken college-level courses including psychology and computer programming.

Hall has the support of the African American Mayors Association, the CAN-DO Foundation, family, friends, and her community. She would reconnect with her son, who was 11 when she went to prison, and would be a positive community influence, said Johnson.

TRULINCS 31779074 - HALL, LASHONDA JAVON - Unit: TAL-A-S

---

FROM: Butler, Latasha
TO: 31779074
SUBJECT: RE: article supporting your clemency
DATE: 04/05/2020 05:06:17 AM

are they still taking you over to UNICOR during the lockdown and are they making PPE (protective gear) products there at Tallahassee?

LASHONDA JAVON HALL on 4/4/2020 1:34:19 PM wrote
First, let me start by saying how remorseful I am about my behavior. I want to deeply apologize to my son, family members, friends and all of the people whom I so deeply hurt. I want my son to know how much I love him. He was 11 yrs of age when I left him with my mom. Now he's an adult. Age 24. I look forward to being back with him and my family again. Being a loving caring, mom and giving back to my community. I am a first time non-violent offender that has spend the last 12 yrs of my life confined. I truly deserve a second chance. I have been rehabilitating myself during my entire incarceration. I am determined to use my past mistakes as my future stepping stones to succeed in life. I chooose to be defined by my future accomplishments and not from my past mistakes.
This is beautiful Amy!!! Thank you... As far as my classes are concernd. I've recently completed Serv Safe and Food Handlers test. I have also completed several classes prior to arriving here in Tallahassee. The certification is real. It is Board Certified in the food area. I also have a few Vocational Training Certificates, known as the VT classes. I also have my Electrical/Core Safety complete w/my NCCER card along with My Electrical Apprenticeship, Introduction to Skilled Trades. Which can be verified on the website: www.nccer.org. I have completed some college courses through Pier Ponts Community College. Business Plan Developement, Mentorship & Business, Business Analysis, Critical Thinking and Funding your Venture, Intro to Entrepreneurship in which all of this will navigate with me home, upon returning home. I plan to continue my education by taking some online courses, and I will be able to transfer my credits . I also have completed "The Non-Residential Drug TMT", Drug Education, and Drug Abuse program. I've applied for the Business Management classes offered here at Tallahassee, however, the waiting list is so extensive, until I'm not certain I will be able to participate. I wasn't able to enroll in the Home Inspectors, due to limited availability, but I am currently enrolled in RPP classes . I am also actively working at Unicor.
-----Butler, Latasha on 4/4/2020 12:21 AM wrote:

>

Another reporter is writing about you and has asked to speak to me.

Anything NEW you want me to address and cover. Here are the questions he has asked me to answer.

wanted to ask you:
Why are you supporting clemency for LaShonda? Can you ell me about the Can-Do Foundation? Can you tell me a little more about LaShonda? Why do you believe LaShonda deserves clemency? Anything you would like to add?

Tell me about some of the more recent classes or accomplishments you have achieved in there so I can punch them up.. What about your kids...anything heart wrenching I should say - family issues, etc.

LASHONDA JAVON HALL on 4/3/2020 12:05:40 PM wrote
I do apologize cause I didn't mean to come off as if I was discrediting anyone cause being apart of ur organization includes EVERYONE that is apart of it. U are right it takes a village including the ones that are connected to ur organization and helping in the out skirts I am thankful for all. I just know had u not giving me the chance to come aboard I wouldnt have had ur village to stand behind me and make this all possible and Im thankful. I am making sure I sanitize everything and staying away from all the cards and games that they are passing out around here. That day is coming soon Amy and I cant wait to squeeze u like my life depended on it to survive. The whole Can-Do Family is the best and we do is win win win no matter what! Love u
-----Butler, Latasha on 4/3/2020 4:06 AM wrote:

Thanks LaShonda. You just keep healthy, ok? We are SOOOO close! It's so crazy that we are finally at the intersection for people to come home and now this damn COVID happened - what are the odds - just pray the devil backs down and do NOT use the phone without it being sanitized or touch surfaces that others touch without washing your hands. I can't wait to one see you one day and squeeze you in a bear hug!

I will show Alice your message but leave the last part out...it takes a village.

LaShonda Hall #31779-074
P.O. Box 5000
Federal Correctional Institution
Tallahassee, Fl. 32314



RECEIVED

AUG 17 2020

Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Judge Varlan
Howard H. Baker
800 Market St.
Knoxville, TN. 37902